UNITED STATES of America,
Plaintiff–Appellee

v.

Israel OLASCOAGA–GOMEZ, also known as Israel Jaimos, also known as Miguel Ramirez, Defendant–Appellant.

No. 10–50657
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

April 19, 2011.

Joseph H. Gay, Jr., U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Judy Fulmer Madewell, Henry Joseph Bemporad, Federal Public Defender's Office, San Antonio, TX, for Defendant–Appellant.

Before JOLLY, OWEN, and HAYNES, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Israel Olascoaga–Gomez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Olascoaga–Gomez has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.